# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Top Rank Pay-Per-View Sales Practices Litigation | MDL No. |

# SCHEDULE OF ACTIONS

| Case Captions | Court | Case No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Jeremy Tjaden<br>**Defendants:**<br>Top Rank, Inc.; Emmanuel Pacquiao;<br>Michael Koncz; Robert Arum; Todd DuBoef | C.D. California | 2:15-cv-03419 | R. Gary Klausner |
| **Plaintiffs:**<br>Paul Mahoney<br>**Defendants:**<br>Emmanuel Pacquiao; Top Rank, Inc.;<br>Michael Koncz; Robert Arum; Todd DuBoef | C.D. California | 2:15-cv-03376 | George H. King |
| **Plaintiffs:**<br>Stephane Vanel; Kami Rahbaran<br>**Defendants:**<br>Emmanuel Pacquiao; Top Rank, Inc.;<br>Michael Koncz; Robert Arum; Todd DuBoef | D. Nevada | 2:15-cv-00842 | Miranda M. Du |
| **Plaintiffs:**<br>Robert Neidl<br>**Defendants:**<br>Top Rank, Inc.; Mayweather Promotions,<br>LLC; Robert Arum; Emmanuel Pacquiao;<br>Floyd Mayweather, Jr. | D. Nevada | 2:15-cv-00849 | Jennifer A. Dorsey |

| Case Captions | Court | Case No. | Judge |
|---|---|---|---|
| **Plaintiffs:** David P. Gomez; Peter Gomez; Susan Medina; Robert Martinez **Defendants:** Top Rank, Inc.; Emmanuel Dapidran Pacquiao; Home Box Office, Inc.; Showtime Networks, Inc.; Mayweather Promotions, LLC; Floyd Mayweather, Jr.; AT&T, Inc.; Comcast Corporation; DirecTV, Inc. | N.D. Illinois | 1:15-cv-03982 | Andrea R. Wood |
| **Plaintiffs:** Devarious Craig **Defendants:** Emmanuel Pacquiao; Top Rank, Inc.; Robert Arum; Todd DuBoef; Michael Koncz | E.D. Texas | 2:15-cv-00629 | Rodney Gilstrap |
| **Plaintiffs:** Victor Bobadilla **Defendants:** Top Rank, Inc.; Mayweather Promotions, Inc.; Robert Arum; Emmanuel Pacquiao; Floyd Mayweather, Jr. | D. New Jersey | 1:15-cv-03187 | Noel L. Hillman |
| **Plaintiffs:** Bonnie Johnson; Bonnie Davis **Defendants:** Top Rank, Inc.; Emmanuel Pacquiao | D. Maryland | 1:15-cv-01307 | William Nickerson |
| **Plaintiffs:** Enrique Barrios **Defendants:** Emmanuel Pacquiao; Top Rank, Inc.; Michael Koncz; Robert Arum; Todd DuBoef; Floyd Mayweather, Jr.; Mayweather Promotions, LLC | E.D. New York | 1:15-cv-02606 | N/A |

| Case Captions | Court | Case No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Terrence Jackson<br>**Defendants:**<br>Emmanuel Pacquiao; Top Rank, Inc.;<br>Michael Koncz; Robert Arum; Todd DeBoef | N.D.<br>Florida | 1:15-cv-00089 | Richard<br>Smoak |