## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Pacquiao-Mayweather Boxing Match Pay-Per-View Litigation | MDL No. 2639 |

## RESPONSE TO AND PARTIAL JOINDER OF MOTION FOR COORDINATION UNDER 28 U.S.C. § 1407

COMES NOW Plaintiff Devarious Craig ("Craig"), by and through counsel, and states as follows:

1. Craig is the first-filed action in Texas, seeking to represent a state-wide class of persons who purchased the "Fight of the Century" that is now the subject of over thirty putative class actions filed around the nation.

2. Craig joins in the Motion for Transfer to the Central District of California filed by Plaintiff Jeremy Tjaden. Craig agrees with the reasons and arguments set forth in the Motion and Supporting Memorandum of Law requesting transfer and coordination for all pending cases in this MDL proceeding, and Craig supports the consolidation and transfer of all pending cases recognized by this MDL to the Central District of California.

3. The only portion of Plaintiff Tjaden's Motion that Craig does not support is the alternative venue. In the event that the Panel chooses not to consolidate these pending cases in the Central District of California, Craig believes that the second most logical venue for this consolidated MDL is either the Eastern District or Southern District of New York, both of which have been urged by other Plaintiffs.

4. In conclusion, Craig adopts the arguments urged by all other Plaintiffs in support of transfer and consolidation of these pending putative class actions, and contends that the most appropriate venue is the Central District of California, or alternatively the Eastern or Southern District of New York.


Dated: June 1, 2015                                         Respectfully submitted,

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Anthony K. Bruster, Of Counsel
Texas State Bar No. 24036280
akb@emafirm.com
Shawn A. Latchford
Texas State Bar No. 24066603
sal@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Brad E. Seidel
Texas Bar No. 24008008
bradseidel@me.com
**SEIDEL LAW FIRM, P.C.**
6 Hedge Lane
Austin, Texas 78746
Tel: (512) 537-0903

*Counsel for Plaintiff Devarious Craig*